UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Marquise Lesjuan Harris,<br>    Petitioner,<br><br>-v-<br><br>Sherry Burt,<br>    Respondent. | No. 1:14-cv-852<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 25), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: July 27, 2017            /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge

1